UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICK NEMHARD,
  Petitioner
                                                    :    CIV. NO. 3:01CV1700(JCH)

v.                                                  :

WARDEN HECTOR RODRIGUEZ,            :    OCTOBER 24, 2003
ET AL,
  Respondents

## RESPONSE TO COURT'S SHOW CAUSE ORDER DATED OCTOBER 8, 2003

The respondent's hereby respond to this court's show cause order, dated October 8, 2003, as follows:

1.      The undersigned was formerly the supervisor of the Civil Litigation Bureau of the Connecticut Division of Criminal Justice, which bureau is responsible for handling all federal habeas corpus matters challenging criminal convictions in Connecticut. In the spring of 2002, the undersigned transferred to the Appellate Bureau, which is responsible for handling state court appeals.

2.      Upon receipt of the initial federal petition in this case, the matter was assigned to former Senior Assistant State's Attorney Carolyn Longstreth. At that time, Attorney Longstreth was one of three attorneys in the Civil Litigation Bureau responsible for federal habeas corpus matters, the others being the undersigned and Assistant State's Attorney Jo Anne Sulik.

3.      On or about March 22, 2002, Attorney Longstreth filed a motion to dismiss the initial petition in its entirety on the grounds that it was untimely and that it contained unexhausted claims.

4.   On or about March 14, 2003, this court issued a ruling which granted the petitioner thirty days leave to amend his federal petition to raise only a claim of ineffective assistance of counsel, which this court found to be exhausted and not time-barred under the principles of equitable tolling.

5.   On March 27, 2003, the petitioner filed an amended petition which did not raise only the one claim, as previously ordered by this court, but which raised ten claims.

6.   On July 30, 2003, this court issued a second order dismissing all of the claims with the exception of the one previously discussed by the court in its March 27th order. This court also ordered the respondent to file a response to the amended petition within thirty days of the court's order.

7.   In the interim, the Civil Litigation Bureau had lost two of the three attorneys assigned to federal habeas matters: Attorney Longstreth retired in May of 2003 and Supervisory Assistant State's Attorney Michael O'Hare, who replaced the undersigned, was recalled to active military duty to serve in Iraq earlier in the year.

8.   Because it initially was unclear how long Attorney O'Hare would be out, the Civil Litigation Bureau attempted to resolve the problem by attempting to relieve Attorney Sulik of some of her other caseload, which also included a significant number of state habeas cases.

9.   The respondents did not file a response to the court's order by August 29th, in accordance with this court's order. Instead, on or about October 3, 2003, Attorney Sulik filed a Motion for Enlargement of Time *Nunc Pro Tunc* setting out the reasons why this court's initial deadline was not met. A copy of the motion is appended to this response.

10.  On October 10, 2003, Attorney Sulik's October 3rd motion for enlargement of time

was granted by the court.

11. Shortly after filing this motion, Attorney Sulik herself was taken ill and required emergency surgery for a ruptured and infected appendix. She has since suffered complications and it is anticipated that she will be out until at least mid-November.

12. In response to these staffing problems, this office has taken steps to prevent further delays in federal habeas. These steps include hiring a new *per diem* to alleviate the current state appellate caseload of the undersigned, as well as another appellate attorney, in order to address the emergency, and hopefully temporary, loss of Attorney's Sulik and O'Hare, as well as the permanent loss of Attorney Longstreth.

Respectfully submitted,

RESPONDENT

By: _____
JAMES A. KILLEN
Senior Assistant State's Attorney
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
Tel. (860) 258-5807
Fax. (860) 258-5828
Federal Bar No. ct 02058

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Patrick Nemhard, Inmate #140336, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410 on October 24, 2003

_____
JAMES A. KILLEN
Senior Assistant State's Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICK NEMHARD,<br>  Petitioner | PRISONER<br>CASE NO. 3:01CV1700(JCH) |
| V. | |
| WARDEN HECTOR RODRIGUEZ,<br>COMMISSIONER JOHN ARMSTRONG,<br>  Respondents | OCTOBER 3, 2003 |

### MOTION FOR ENLARGEMENT OF TIME
### NUNC PRO TUNC
### WITHIN WHICH TO COMPLY WITH
### THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time to **November 21, 2003,** to file a response "showing cause "why the relief prayed for in the amended petition should not be granted and addressing the merits of the petitioner's claims." This is the respondent's first motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and is incarcerated. Therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.  Despite a diligent search, the State's file pertaining to the petitioner's state habeas corpus proceedings is missing. Thus, to properly respond to the petitioner's claims that he was denied the effective assistance of counsel, the proceedings of the state habeas trial must be transcribed and copies of appellate briefs must be obtained from the courts.

2.  Additionally, on May 30, 2003, Senior Assistant State's Attorney Carolyn Longstreth retired. Supervisory Assistant State's Attorney Michael O'Hare, a military reservist, has been called up and is stationed overseas for the foreseeable future. Therefore, of the three attorney assigned to handle federal habeas corpus petitions, only the undersigned counsel is available to respond to the show cause order issued by the Court in the present matter.

3.  During the month of July 2003, I filed seven responses to show cause orders issued by the U.S. District Court. During the month of August 2003, I responded to four orders of the Court. During September 2003, I responded to a show cause order in the matter of Matthew Robinson v. John Armstrong, Case No. 3:03CV332(CFD)(WIG), United States District Court, District of Connecticut. In September, I also drafted and filed a brief in the Appellate Court of Connecticut in the matter of Thomas Sanders v. Commissioner of Correction, A.C. # 24219. On October 1, 2003, I filed a response to an order to show cause in the matter of David Joyce v. Theresa Lantz, Case No. 3:03CV655(PCD), United States District Court, District of Connecticut.

4.  On October 14, 2003, I must file responses to show cause orders in the matters of Michael Liebowitz v. Warden Carter, Case No. 3:03CV1270(SRU)(WIG) and Ronnie Jones v. Commissioner of Correction, Case No. 3:03CV852(CFD)(WIG).

Due to these and other considerations, the respondent hereby moves this court for an enlargement of time, nunc pro tunc, to **November 21, 2003,** to file its response in the above-captioned matter.

2

Respectfully submitted,

RESPONDENTS-WARDEN HECTOR RODRIGUEZ
AND COMMISSIONER JOHN ARMSTRONG

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Patrick Nemhard, Inmate # 140336, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410, on October 3, 2003.

_____
JO ANNE SULIK
Assistant State's Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICK NEMHARD,
    Petitioner

V.

WARDEN HECTOR RODRIGUEZ,
COMMISSIONER JOHN ARMSTRONG,
    Respondents

CASE NO. 3:01CV1700(JCH)

OCTOBER 3, 2003

## MOTION FOR ENLARGEMENT OF TIME
## NUNC PRO TUNC
## WITHIN WHICH TO COMPLY WITH
## THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time to **November 21, 2003,** to file a response "showing cause "why the relief prayed for in the amended petition should not be granted and addressing the merits of the petitioner's claims." This is the respondent's first motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and is incarcerated. Therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1. Despite a diligent search, the State's file pertaining to the petitioner's state habeas corpus proceedings is missing. Thus, to properly respond to the petitioner's claims that he was denied the effective assistance of counsel, the proceedings of the state habeas trial must be transcribed and copies of appellate briefs must be obtained from the courts.