UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 21 A 10: 59
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| PATRICK NEMHARD,<br>    Petitioner | : | CASE NO. 3:01CV1700(JCH)(HBF) |
| V. | : | |
| HECTOR L. RODRIGUEZ, WARDEN,<br>COMMISSIONER JOHN ARMSTRONG,<br>    Respondents | : | November 21, 2003 |

## APPEARANCE

On behalf of the respondents, please enter the appearance of:

>RITA M. SHAIR
>Senior Assistant State's Attorney
>Office of the Chief State's Attorney
>300 Corporate Place
>Rocky Hill, Connecticut 06067
>Tel. no: (860) 258-5807
>Fax no: (860) 258-5828
>Federal Bar No: ct01718

_____
RITA M. SHAIR
Senior Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was hand-delivered to: Patrick Nemhard, Inmate No: 140336, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410, on November 21, 2003.

_____
RITA M. SHAIR
Senior Assistant State's Attorney

Therefore, the petitioner cannot demonstrate that the state court's rejection of his ineffective assistance of counsel claim was "contrary to, or involved an unreasonable application of the law." Accordingly, federal habeas relief is not warranted on the petitioner's claims.

                                      Respectfully submitted,

                                      RESPONDENT

By: *[signature]*
RITA M. SHAIR
Senior Assistant State's Attorney
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5807
FAX NO: (860) 258-5828
Federal Bar No.  ct 01718

## CERTIFICATION

I hereby certify that a copy of this document was mailed postage prepaid to: Patrick Nemhard, Inmate No: 140336, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410, on November 21, 2003.

*[signature]*
RITA M. SHAIR
Senior Assistant State's Attorney