UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2003 NOV 26 P 3:56

| | |
|---|---|
| PATRICK NEMHARD,<br>Petitioner | : CASE NO. 3:01CV1700(JCH)(HBF) |
| V. | : |
| HECTOR L. RODRIGUEZ, WARDEN,<br>COMMISSIONER JOHN ARMSTRONG,<br>Respondents | : November 21, 2003 |

## APPEARANCE

On behalf of the respondents, please enter the appearance of:

> RITA M. SHAIR
> Senior Assistant State's Attorney
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> Tel. no: (860) 258-5807
> Fax no: (860) 258-5828
> Federal Bar No: ct01718

_____
RITA M. SHAIR
Senior Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was mailed postage prepaid to: Patrick Nemhard, Inmate No: 140336, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410, on November 21, 2003.

_____
RITA M. SHAIR
Senior Assistant State's Attorney