UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICK NEMHARD
                                                         PRISONER
    V.                                        CIVIL 3:01cv1700 (JCH)

WARDEN HECTOR L. RODRIGUEZ
COMMISSIONER JOHN ARMSTRONG


J U D G M E N T

This cause came on for consideration of the amended petition for Writ of Habeas Corpus and a motion to dismiss before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the amended petition and the motion to dismiss and all the papers submitted in connection with the petition and motion.  On July 30, 2004, the Court issued a ruling granting the motion to dismiss on the ground that the insufficiency of the evidence claims raised in the amended petition, claims 3-10, and the ineffective assistance of counsel claim in the amended petition, part one of claim 1, were not exhausted and were barred by the one-year statute of limitations and denying the motion on the ground that part two of claim 1 and claim 2 were not barred by the statute of limitations and were exhausted.

On September 20, 2004, the Court issued a ruling denying the amended petition for writ of habeas as to part two of claim 1 and claim 2.  The Court also ruled that a certificate of appealability would not issue because petitioner has not made a showing of the

denial of a constitutional right and that any appeal from the ruling would not be taken in good faith.

It is therefore **ORDERED** and **ADJUDGED** that the amended petition for writ of habeas corpus is denied and the matter is closed.

Dated at Bridgeport, Connecticut this 24th day of September, 2004.

>                               KEVIN F. ROWE, Clerk
>
>                               By    /s/ Cynthia Earle
>                                      Cynthia Earle
>                                      Deputy Clerk

Entered on Docket _____